1  MARTIS ANN ALEX (SBN 77903)
   *malex@labaton.com*
2  DANIEL R. LEATHERS (*Pro Hac Vice*)
   *dleathers@labaton.com*
3  BRIAN R. MORRISON (*Pro Hac Vice*)
   *bmorrison@labaton.co*m
4  LABATON SUCHAROW LLP
   140 Broadway
5  New York, NY  10005
   Telephone:  (212) 907-0700
6  Facsimile:  (212) 818-0477

7  STEVE W. BERMAN (*Pro Hac Vice*)
   *steve@hbsslaw.com*
8  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
9  Seattle, WA  98101
   Telephone:  (206) 623-7292
10 Facsimile:  (206) 623-0594

11 *Counsel for Plaintiffs*

12 [Additional Counsel on Signature Page]

13                    UNITED STATES DISTRICT COURT
14                    CENTRAL DISTRICT OF CALIFORNIA
15                           WESTERN DIVISION

| | |
|---|---|
| RICHARD DRAEGER et al., on behalf of themselves and those similarly situated,<br><br>                              Plaintiffs,<br><br>     v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC. et al.,<br><br>                              Defendants. | Case No. 2:15-cv-06491-AB-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
010541-11 827850 V1

PLEASE TAKE NOTICE that all Plaintiffs hereby voluntarily dismiss their claims against Defendants Ford Motor Company, Toyota Motor Sales, U.S.A., Inc., American Honda Motor Co., Inc., FCA US LLC, BMW of North America, LLC, Volkswagen Group of America, Inc., Mercedes-Benz USA, LLC, Hyundai Motor America, Inc., and Kia Motors America, Inc. in the above-captioned action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Further, Plaintiffs Richard Draeger, Laima Zbojniewicz, Stanley and Janet Neill, Zoran and Doreen Baisch, Bernice Wimley, Jason Shapiro, Howard Ree, Daniel Chesler, Esther Myape Reyes, Neil Stevens, Matthew Kang, Jordon Mikelaitis, Timothy Schoenfeld, Nicholas Messina, Johnny Hernandez, Kevin Sisti Jr., Janine LoVuolo, Helen Ciangiulli, Judith Shane, Mark Pastarnack, and John Lee, putative class representatives in the above-captioned matter, hereby voluntarily dismiss their claims as to all Defendants without prejudice pursuant to Rules 41(a)(1)(A)(i).

No defendant has answered Plaintiffs' complaint, nor filed motions for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court pursuant to Rule 41(a)(1)(A)(i).

Plaintiffs Scott Goldstone, Jeffrey Sandler, Michelle Smith, and Johana Garcia maintain their claims as alleged against Defendant Nissan North America, Inc. Plaintiffs who dismiss their claims without prejudice here may file separate complaints against Defendants dismissed without prejudice, together with notices that such cases are related to this action.

DATED: November 25, 2015      HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

- 1 -

Lee M. Gordon (SBN 174168)
Elaine T. Byszewski (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 N. Lake Avenue, Suite 203
Pasadena, California 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
lee@hbsslaw.com
elaine@hbsslaw.com

Martis Alex (SBN 77903)
Daniel R. Leathers (*Pro Hac Vice*)
Brian R. Morrison (*Pro Hac Vice*)
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
malex@labaton.com
dleathers@labaton.com
bmorrison@labaton.com

*Attorneys for Plaintiffs*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2015, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

　　　　　　　　　　　　　　　　　*/s/ Steve W. Berman*
　　　　　　　　　　　　　　　　　STEVE W. BERMAN

- 3 -

010541-11  827850 V1