# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-06491-AB (MRWx) | Date: | June 27, 2016 |

Title: Patricia Lassen et al v. Nissan North America, Inc et al

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Martis Ann Alex | Amir Nassihi |
| Lee M Gordon | M Kevin Underhill |
| Brian R Morrison, PHV | William R Sampson |

**Proceedings:** SCHEDULING CONFERENCE; and
DEFENDANT'S MOTION TO DISMISS [121]

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission and vacates the scheduling conference.